IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CLARENCE ODELL STANLEY, JR.,
          Petitioner,
    v.                                        **Judgment in a Civil Case**
UNITED STATES OF AMERICA; D.
STEVENS,
          Respondents.                     Case Number: 5:11-HC-2115-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed for failure to state a claim.

This Judgment Filed and Entered on February 17, 2012, with service on:
Clarence Odell Stanley, Jr. 17116-056, Federal Correctional Institution, P.O. Box 1500, Butner, NC 27509 (via U.S. Mail)

February 17, 2012                                             /s/ Dennis P. Iavarone
                                                                   Clerk